**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JOHNNY MORGAN, ADC#93350**                                                              **PETITIONER**

**v.**              **CASE NO. 5:11CV00120 BSM-JJV**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                     **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering this document and making a de novo review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Additionally, it is hereby found that petitioner has not shown a denial of a constitutional right, that the issues should have been resolved differently, or that the issues merit further proceedings. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, no certificate of appealability will issue.

It is therefore ordered that the petition [Doc. No. 2] is dismissed with prejudice and the requested relief is denied. A certificate of appealability is denied.

IT IS SO ORDERED this 22nd day of June 2012.

_____
UNITED STATES DISTRICT JUDGE