# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOHNNY MORGAN, ADC#93350**                                                **PETITIONER**

**v.**                **CASE NO. 5:11CV00120 BSM-JJV**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                        **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

IT IS SO ORDERED this 22nd day of June 2012.

_____
UNITED STATES DISTRICT JUDGE